JPML FORM 1A                                                    Page 1

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 907 -- In re Eli Lilly & Company Prozac Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/09/30 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS == filed by pltf. LeAnn Westover for transfer of actions w/cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT:  D. District of Columbia -- SUGGESTED TRANSFEREE JUDGE: ?  (ds) |
| 91/10/11 | | APPEARANCES -- ANDREW E. GREENWALD, ESQ. for Joan Lucille Rosenbloom Greer, etc.; ALAN M. DARNELL, ESQ. for Christine L. Carter and John J. Gutowski, etc.; JOSEPH M. GREITZER, ESQ. for Linda Ditrich, etc.; GEORGE W. MURGATROYD III, ESQ. for Howard Brotman; Leanne Westover; Susan Harmon; Debra Cohen and Nedra Walnum; ARON D. ROBINSON, ESQ. for Ralph Langer, et al.; LEONARD L. FINZ, ESQ. for Deborah D. Ackley, etc. and JOHN L. McGOLDRICK, ESQ. for Eli Lilly and Company; Eli Lilly Industries, Inc. and Dista Products Company (rh) |
| 91/10/16 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Filed by Eli Lilly and Company; Eli Lilly Industries, Inc. and Dista Products Company -- GRANTED TO AND INCLUDING OCTOBER 28, 1991 -- TO ALL PARTIES (rh) |
| 91/10/18 | | HEARING ORDER -- setting motion to transfer for Panel Hearing on November 22, 1991 in West Palm Beach, Florida -- Notified involved clerks, Judges and counsel (srg) |
| 91/10/18 | 3 | LETTER -- Pltf. Deborah D. Ackley -- re: Additional actions -- Simon, et al. v. Dista Products Co., et al., S.D. Ind., IP-91-1069C; Lucas, et al. v. Dista Products Co., et al., S.D. Ind., IP-91-1070C; Ollin, et al. v. Dista Products Co., et al., IP-91-1071C w/ cert of svc. (rew) |
| 91/10/28 | 4 | RESPONSE -- (to pldg. #1) Ralph Langer, et al. -- w/cert. of svc. (rh) |
| 91/10/28 | 5 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Filed by Eli Lilly and Company; Eli Lilly Industries, Inc. and Dista Products Company -- GRANTED TO AND INCLUDING OCTOBER 29, 1991 -- Notified involved counsel (rh) |
| 91/10/28 | | APPEARANCE -- RICHARD W. EWING, ESQ. for Carolyn G. Winkler, et al. -- w/cert. of svc. (rh) |
| 91/10/28 | 6 | LETTER RESPONSE -- (to pldg. #1) Carolyn G. Winkler, et al. -- w/cert. of svc. |



• JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 907 -- _____

| Date | No. | Pleading Description |
|------|-----|----------------------|
| 91/10/29 | 7 | LETTER RESPONSE -- (to pldg. #1) Christine L. Carter -- w/cert. of svc. (received 10/28/91) (rh) |
| 91/10/29 | 8 | LETTER RESPONSE -- (to pldg. #1) Linda Ditrich -- w/cert. of svc. (rh) |
| 91/10/29 | 9 | RESPONSE -- (to pldg. #1) Eli Lilly and Company; Eli Lilly Industries, Inc. and Dista Products Company -- w/cert. of svc. (rh) |
| 91/11/01 | 10 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Filed by pltf. Deborah D. Ackley, etc. -- GRANTED TO AND INCLUDING NOVMEBER 8, 1991 -- Notified involved counsel (sg) |
| 91/11/08 | 11 | REPLY -- (to pldg. #1) Filed by plft. LeAnn Westover -- w/cert. of svc. (sg) |
| 91/11/14 | 12 | LETTER RESPONSE -- (to pldg. #1) Joan Lucille Rosenbloom Greer, etc. -- w/cert. of svc. (sg) |
| 91/11/15 | 13 | NOTICE OF RELATED ACTIONS -- Eleanor Gallagher v. Eli Lilly & Co., et al. D. New Jersey, C.A. No. 91-4451 -- letter signed by Jerrold S. Parker -- w/cert. of svc. (sg) |
| 91/11/19 | 14 | LETTER -- Signed by Jerrold S. Parker (counsel for Deborah D. Ackley, etc.) -- w/cert. of svc. (sg) |
| 91/11/19 | 15 | INTERERSTED PARTY RESPONSE -- Filed by deft. Saul H. Helfing -- w/cert. of svc. (sg) |
| 91/11/19 | 16 | NOTICE OF RELATED ACTION -- Vicki Kent, etc. v. Eli Lilly, et al., C.D. California -- signed by Christy Lee Garcia (Kananack, Murgatroyd & Baum )counsel for Leanne Westover, etc. --w/cert. of svc. (sg) |
| 91/11/19 | 14 | LETTER -- Signed by Jerrold S. Parker (counsel for Deborah D. Ackley, etc.) -- w/cert. of svc. (sg) |

Case MDL No. 907   Document 176   Filed 06/16/15   Page 3 of 23

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 907 -- In re Eli Lilly & Company Prozac Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/11/22 | | HEARING APPEARANCES (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- THOMAS TATE, ESQ. for Leanne Westover, et al., ALAN M. DARNELL, ESQ. for Christine L. Carter, John Gutowski, Eleanor Gallagher, MARTIN GREITZER, ESQ, for Linda Ditrich, LEONARD L. FINZ, ESQ. for Deborah D. Ackley, JOHN L. MCGOLDRICK for Eli Lilly & Company, Dista Products Company, ROBERT A. HOLSTEIN OR ARON D. ROBINSON OR COREY S. BERMAN for Ralph Langer (kac) |
| 91/11/22 | | WAIVERS OF ORAL ARGUMENT (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- Carolyn Winkler, Donna Winkler, Carrie Seibold, Brian Winkler, Beverly Villarreal, Joan Rosenbloom Greer (kac) |
| 91/12/10 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Southern District of Indiana to the Hon. S. Hugh Dillin for pretrial proceedings (rh) |
| 91/12/10 | | TRANSFER ORDER -- Transferring A-1; A-2; A-3 and A-5 thru A-13 to the Southern District of Indiana pursuant to 28 §1407 (A-4 Was Remanded to State Court) -- Notified involved judges, clerks, counsel, panel judges and misc. recipients (rh) |
| 1/12/13 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-23 Lutheran Medical Center, etc. v. Consolidated Local 867 Welfare Fund, et al., E.D. New York, C.A. No. 91-CV-3012 and B-24 Chaim Baruch Wechsler v. Consolidated Welfare Fund, Local 867 Corp., E.D. New York, C.A. No. 91-CV-3168 --Notified involved counsel and judges. (ds) |
| 91/12/16 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-17 Billie J. Parker v. Dista Products Co., etc., W.D. Arkansas, C.A. No. 91-CV-2115; B-18 Raymond D. Spindler, etc. v. Eli Lilly & Co., Inc., N.D. Georgia, C.A. No. 91-CV-2162; B-19 Donald H. Evans, Jr., et al. v. Eli Lilly & Co., et al., N.D. Georgia, C.A. No. 91-CV-2653; B-20 Olga Echeverry, etc. v. Eli Lilly & Co., et al., D. New Jersey, C.A. No. 91-CV-3277; B-21 Eleanor Gallagher v. Eli Lilly & Co., et al., D. New Jersey, C.A. No. 91-CV-4451 and B-22 Donna Smart v. Eli Lilly & Co., N.D. Texas, C.A. No. 91-CV-1590 -- Notified involved counsel and judges (rh) |

JPML FORM 1A                                                              Page 4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 907 -- In re Eli Lilly & Company Prozac Products Liability Litigation

| Date | Pleading Description |
|------|---------|

**92/01/02** — CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-17 Billie J. Parker v. Dista Products Co., etc., W.D. Arkansas, C.A. No. 91-CV-2115; B-18 Raymond D. Spindler, etc. v. Eli Lilly & Co., Inc., N.D. Georgia, C.A. No. 91-CV-2162; B-19 Donald H. Evans, Jr., et al. v. Eli Lilly & Co., et al., N.D. Georgia, C.A. No. 91-CV-2653; B-20 Olga Echeverry, etc., v. Eli Lilly & Co., et al., D. New Jersey, C.A. No. 91-CV-3277; B-21 eleanor Gallagher v. Eli Lilly & Co., et al., D. New Jersey, C.A. No. 91-CV-4451 and B-22 Donna Smart v. Eli Lilly & Co., N.D. Texas, C.A. 91-CV-1590 -- Notified involved clerks and judges (kac)

**92/01/09** — CONDITIONAL TRANSFER ORDERS FILED TODAY --
(B-23) Sweeney v. Eli Lilly Co., et al., Pa.,E., 91-6269
(B-24) Richardson v. Eli Lilly Co., Ga.,N., 91-216
(B-25) Cummins, et al. v. Eli Lilly Co., et al., Tex.,N., 91-2233
(B-26) Taylor v. Eli Lilly Co., et al., Ala.,N., 91-1440
(B-27) Thompson, et al. v. Eli Lilly Co., et al., Pa.,E., 91-3087 Notified involved counsel and judges (bas)

**92/01/15** — CONDITIONAL TRANSFER ORDERS FILED TODAY -- (B-28) Vicki Kent v. Eli Lilly & Co., et al., Cal.,C., C.A. No. 91-6154 JSL(Kx); (B-29) William Lloyd v. Eli Lilly & Co., Ill., N., C.A. No. 91-CV-6159; (B-30) Duane Scott Coursey v. Eli Lilly & Co., et al., Ore., C.A. No. 90-CV-6468; (B-31) Reny Hasbourne v. Eli Lilly & Co., N.Y.,S., C.A. No. 91-CV-5416 -- Notified involved counsel and judges (bas)

**92/01/22** — 17 — MOTION FOR TRANSER OF TAG-ALONG ACTION -- filed by pltf. Rosemary Thompson, et al. (Rosemary Thompson, et al. v. Duane Hinshaw, D.O., N.D. Tex., C.A. No. 3:91-CV-2386-G) w/cert. of svc. (ds)

**92/01/27** — CONDITIONAL TRANSFER ORDERD FINAL TODAY -- B-23 Sweeney v. El;l Lilly & Co., et al., E.D. Pa., C.A. No. 91-CV-6969; B-24 Richardson v. Eli Lilly & Co., N.D. Ga., C.A. No. 91-216; B-25 Cummins, et al. v. Eli Lilly & Co., et al., N.D. Tex., C.A. No. 91-CV-2233; B-26 Taylor v. Eli Lilly & Co., et al., N.D. Ala., C.A. No. 91-CV-1440 and B-27 Thompson, et al. v. Eli Lilly & Co., E.D. Pa., C.A. No. 91-Cv-3087 -- Notified involved clerks and judges (ds)

**92/01/28** — APPEARANCE:  FRANK O. HANSON, JR., ESQ. for Valerie Taylor (cdm)

JPML FORM 1A

P. 5

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *907* -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/01/29 | 18 | NOTICE OF OPPOSITION TO CTO -- filed by deft. Saul H. Helfing, M.D. (Duane Scott Coursey v. Eli Lilly & Co., et al., D. Oregon, C.A. No. 90-CV-6468) -- Notified involved counsel and judges (ds) |
| 92/01/31 |  | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-28 Kent v. Eli Lilly & Co., et al., C.D. Cal., C.A. No. 91-6154 JSL(Kx); B-29 Lloyd v. Eli Lilly & Co., N.D. Ill., C.A. No. 91-CV-6159 and B-31 Hasbourne v. Eli Lilly & Co., S.D.N.Y., C.A. No. 91-CV-5416 -- Notified involved clerks and judges (ds) |
| 92/02/11 | 19 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by Dr. Saul Helfing (Duane Scott Coursey v. Eli Lilly & Co. and Saul Helfing, D. Ore., C.A. No. 90-6468-HO) -- w/cert. of svc. (bas) |
| 92/02/18 |  | ORDER STRIKING PLEADING (Motion to Transfer - pldg. #17)) -- notified involved counsel (ds) |
| 92/02/20 |  | HEARING ORDER -- setting opposition of B-30 **Coursey** to transfer for Panel Hearing on March 27, 1992 in Chicago, Illinois (ds) |
| 92/02/24 |  | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (C-32) Diane Richards v. Eli Lilly & Co., et al., C.D. California, C.A. No. 91-5267 JMI (GHKx); (C-33) Richard N. Engstrum v. Eli Lilly & Co., et al., C.D. California, C.A. No. 92-0460 SVW (Tx); (C-34) Sally Barrett, et al. v. Eli Lilly & Co., et al., S.D. California, C.A. No. 91-CV-1802; (C-35) Rosemary Thompson, et al. v. Eli Lilly & Co., N.D. Texas, C.A. No. 91-CV-2386; (C-36) Anne Street Skipper, et al. V. Eli Lilly & Co., et al., N.D. Texas, C.A. No. 91-CV-101; (C-37) Lillian C. Ramey v. Eli Lilly & Co., et al., E.D. Texas, C.A. No. 91-CV-890 -- Notified involved counsel and judges (kac) |
| 92/02/27 |  | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-38 Jody R. Longos, etc. v. Dista Products Co., et al., N.D. Ill., C.A. N. 92-CV-701 and C-39 Lois Henderson Christie, et al. v. Eli Lilly & Co., et al., W.D. Tex., C.A. No. 91-CV-1036 -- Notified involved counsel and judges (ds) |

p. 6

· JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 907 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/03/10 | 20 | NOTICE OF OPPOSITION TO CTO -- filed by deft. Eli Lilly and Company (C-33 Richard N. Engstrum v. Eli Lilly & Co., et al., C.D. Cal., C.A. No. 92-0460-SVW (Tx)) -- Notified involved counsel and judges (ds) |
| 92/03/10 | 21 | NOTICE OF OPPOSITION TO CTO -- filed by deft. The Upjohn Company (C-37 Lillian C. Ramey v. Eli Lilly & Co., et al.,E.D. Tex., C.A. No. 91-CV-890) -- Notified involved counsel and judges (ds) |
| 92/03/11 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-32 Richards, C.D. Cal., #91-CV-5267-JMI (GHKx); C-34 Barrett, S.D. Cal., #91-CV-1802; Thompson, N.D. Tex., #91-CV-2386 and C-36 Skipper, et al., N.D. Tex., #91-CV-101 -- Notified involved judges and clerks (rh) |
| 92/03/11 | 22 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by Deft. The Upjohn Company in C-37 Lillian C. Ramey v. Eli Lilly & Company, et al., E.D. Tex., #91-CV-890 -- w/cert. of svc. (received 3/10/92) (rh) |
| 92/03/13 | 23 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-38 Jody R. Longos, etc. v. Dista Products Co., et al., N.D. Ill., #92-CV-701 -- Notified involved counsel and judges (rh) |
| 92/03/16 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-39 Christie, et al. v. Eli Lilly & Co., et al., W.D. Tex., #91-Cv-1036 -- Notified involved judges and clerks (rh) |
| 92/03/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-40) Gloria Polack, et al. v. Eli Lilly & Company, et al., C.D. California, C.A. No 92-1422 HLH(Sx) -- Notified involved counsel and judges (kac) |
| 92/03/27 | | HEARING APPEARANCES (for Panel hearing on March 27, 1992, in Chicago, Illinois) -- JOHN L. MCGOLDRICK, ESQ. or ROSALIE BURROWS, ESQ. for Eli Lilly & Company (ds) |
| 92/03/27 | | WAIVERS OF ORAL ARGUMENT -- Rosemaryt Thompson, Donna Smart; Deborah D. Ackley; Valerie Taylor; Dr. Saul Helfing (ds) |

B.7

DOCKET ENTRIES

OFFICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 907 --- In re Eli Lilly & Company Prozac Products Liability Litigation

| DATE | PLDG. | PLEADING DESCRIPTION |
|------|-------|---------------------|
| 92/03/30 | 24 | RESPONSE -- (to pldg. #22) Filed by Deft. Eli Lilly and Company -- w/cert. of svc. (rh) |
| 92/04/01 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- (C-33) Richard N. Engstrum v. Eli Lilly & Co., et al., C.D. California, C.A. No. 92-0460 SVW(Tx) -- Notified involved counsel, judges and clerks (bas) |
| 92/04/03 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- (C-28) Jody Longos, etc. v. Dista Products Company, et al., N.D. Illinois, C.A. No. 92-CV-701 -- Notified involved counsel, judges and clerks (kac) |
| 92/04/06 | | TRANSFER ORDER FILED TODAY -- (C-30) Duane Scott Coursey v. Eli Lilly & Co., et al., D. Oregon, C.A. No. 90-CV-6468 -- Notified involved counsel, judges, clerks and panel judges (kac) |
| 92/04/13 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-40 Gloria Polack, et al. v. Eli Lilly & Co., et al., C.D. Cal., C.A. No. 92-1422 -- Notified involved clerks and judges (ds) |
| 92/04/15 | | HEARING ORDER -- Setting opposition of Deft. The Upjohn Company in C-37 Lillian C. Ramey to transfer for Panel Hearing in Santa Fe, New Mexico on May 29, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 92/04/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-41 Bailey v. Eli Lilly & Co., TNE, C.A. No. Civ 1-92-89 -- Notified involved Judges and counsel. (rew) |
| 92/05/06 | 25 | NOTICE OF OPPOSITION TO CTO -- filed by pltf. Jerry Lee Bailey in (C-41) Jerry Lee Bailey v. Eli Lilly and Company, E.D. Tennessee, C.A. No. CIV-1-92-89 -- Notified involved counsel and judges (kac) |
| 92/05/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-42) Terry S. Boyce, etc. v. Eli Lilly & Co., et al., D. New Jersey, C.A. No. 92-CV-1472; (C-43) Catherine Churchill, et al. v. Dista Products Co., et al., S.D. Iowa, C.A. No. 91-CV-80262 -- Notified involved judges and counsel (bas) |



JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 907 -- In re Eli Lilly & Company Prozac Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/05/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-44 Sharon Garfolo v. Eli Lilly & Co., et al., D. Maryland, C.A. No. 92-CV-767 -- Notified involved counsel and judges (rh) |
| 92/05/19 | 26 | WITHDRAWAL OF OPPOSITION -- Pltf. C-41 Bailey. (dld) |
| 92/05/19 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- C-41 Bailey v. Eli Lilly, E.D. Tenn., C.A. No. 1:92-89-- Notified involved clerks, judges and counsel. (dld) |
| 92/05/26 | | HEARING APPEARANCES (for Panel Hearing on May 29, 1992, in Santa Fe, New Mexico) -- ROBERT J. MCCULLY, ESQ. for The Upjohn Co.; JOHN L. MCGOLDRICK, ESQ. for Eli Lilly & Co. and Dista Products Co. (bas) |
| 92/05/26 | | WAIVERS OF ORAL ARGUMENT -- Duane Scott Coursey; Donna Smart; Rosem Christie, et al. (bas) |
| 92/05/26 | | WAIVERS OF ORAL ARGUMENT -- Duane Scott Coursey; Donna Smart; Rosemary Thompson; Joan Lucille Rosenbloom Greer; Lois Christie, et al. (bas) |
| 92/05/27 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-42 Boyce, etc. v. Eli Lilly & Co., et al., D. N.J., #92-CIV-1472 and C-43 Churchill, et al. v. Dista Products Co., et al., S.D. Iowa, #91-CV-80262 -- Notified involved judges and clerks (rh) |
| 92/05/29 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-44 Garfolo v. Eli Lilly & Co., et al., D. Maryland, C.A. No. 92-CV-767 -- Notified involved judges and clerks (rh) |
| 92/06/03 | | TRANSFER ORDER FILED TODAY -- (C-37) Lillian C. Ramey v. Eli Lilly & Co., et al., E.D. Texas, C.A. 91-CV-890 -- Notified involved clerks, judges, panel judges and counsel. (kac) |

P. 89

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 907 __ In re Eli Lilly & Company Prozac Products Liability Litigation

| Date | Pldg. | Pleading Description |
|------|-------|----------------------|
| 92/06/03 | | TRANSFER ORDER AND SEPARATION AND REMAND OF CERTAIN CLAIMS FILED TODAY -- (C-37) LILLIAN C. RAMEY v. ELI LILLY & CO., ET AL., E.D. TEXAS, C.A. 91-CV-890. CLAIMS AGAINST UPJOHN ARE SEPARATED AND REMANDED TO E.D. TEXAS -- NOTIFIED INVOLVED CLERKS, JUDGES, PANEL JUDGES AND COUNSEL (KAC) |
| 92/06/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-45 ANNE WARNER GRAHAM, ETC. v. ELI LILLY & COMPANY, N.D. GEORGIA, C.A. NO. 1:92-CV-1022 -- NOTIFIED INVOLVED COUNSEL AND JUDGES (RH) |
| 92/06/17 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-46 KAREN BRYAN, ET AL. v. ELI LILLY & COMPANY, ET AL., N.D. TEXAS, C.A. NO. 4:92-CV-244 -- NOTIFIED INVOLVED COUNSEL AND JUDGES (RH) |
| 92/06/29 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-45 ANN WARNER GRAHAM, ETC. v. ELI LILLY & COMPANY, N.D. GEORGIA, C.A. NO. 1:92-CV-1022 -- NOTIFIED INVOLVED JUDGES AND CLERKS (DLD) |
| 92/07/06 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-46 KAREN BRYAN, ET AL. v. ELI LILLY & CO., ET AL., N.D. TEX., C.A., C.A. NO. 4:92-CV-244 -- NOTIFIED INVOLVED JUDGES AND CLERKS (RH) |
| 92/08/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-47) ROSS P. LEE, ET AL. v. ELI LILLY & COMPANY, ET AL., D. ARIZONA, C.A. NO. 2:92-CV-1007; (C-48) DONNA J. HUDSON v. ELI LILLY & COMPANY, ET AL., D. ARIZONA, C.A. NO. 2:92-CV-1107; (C-49) DORIS C. PETERSEN, ETC. v. ELI LILLY & COMPANY, ET AL., W.D. NORTH CAROLINA, C.A. NO. 3:92-CV-264; (C-50) JAMES MAHONEY v. ELI LILLY & COMPANY, ET AL., N.D. ILLINOIS, C.A. NO. 1:92-CV-3573; (C-51) JENNIFER HAMMERLI, ETC. v. ELI LILLY & COMPANY, ET AL., N.D. ILLINOIS, C.A. NO. 1:92-CV-2279 -- NOTIFIED INVOLVED COUNSEL AND JUDGES (LG) |
| 92/08/26 | 27 | STIPULATION FOR VOLUNTARY DISMISSAL -- DONNA J. HUDSON v. ELI LILLY & CO., D. ARIZONA, C.A. NO. 2:92-CV-1107 - SIGNED BY JUDGE ROGER STRAND AND DATED AUGUST 12, 1992 (DLD) |
| 92/08/26 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- (C-48) DONNA J. HUDSON v. ELI LILLY & CO., ET AL., D. ARIZONA, C.A. NO. 2:92-CV-1107 - NOTIFIED INVOLVED COUNSEL AND JUDGES (DLD) |

P. &10

JPML FORM 1A

### DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 907 -- In re Eli Lilly & Company Prozac Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/08/27 | 28 | NOTICE OF OPPOSITION -- PLTF. MAHONEY OPPOSING MAHONEY V LILLY, N.D. ILL., 1:92-3573 -- NOTIFIED INVOLVED COUNSEL AND JUDGES (LEG) |
| 92/08/31 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- (C-47) ROSS P. LEE, ET AL. V. ELI LILLY & CO., ET AL., D. ARIZONA, 2:92-CV-1007; (C-49) DORIS C. PETERSEN, ETC. V. ELI LILLY & CO., ET AL., W.D. NORTH CAROLINA, 3:92-CV-264 -- NOTIFIED INVOLVED COUNSEL, JUDGES AND CLERKS (LEG) |
| 92/09/01 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- (C-51) JENNIFER HAMMERLI, ETC. V. ELI LILLY & CO., ET AL., N.D. ILLINOIS, C.A. No. 1:92-CV-2279 -- NOTIFIED INVOLVED COUNSEL, JUDGES AND CLERKS (LEG) |
| 92/09/01 | 29 | ORDER FROM N.D. ILLINOIS REMANDING CASE TO STATE COURT--HAMMERLI V. ELI LILLY & CO., ET AL., N.D. ILLINOIS, No. 92-2279 (LEG) |
| 92/09/04 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-52 Mallory Wheeless Joiner, etc. v. Eli Lily & Company, N.D. Georgia, #1:92-CV-1806 and C-53 Margaret Ann Fultz v. Dr. Ronald S. Smith, et al., E.D. Tennessee, #2-92-146 -- Notified involved counsel and judges (rh) |
| 92/09/10 | | APPEARANCE -- MICHAEL D. HAWKINS, ESQ. for Research Triangle Associates Limited Partnership; RTA Associates; Tripark Corp.; and James R. Greene -- w/cert. of svc. (bas) |
| 92/09/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-54 Mitchell Mignola v Eli Lilly & Company, N.D. California, C.A. No. 3:92-CV 3070 -- Notified involved counsel and judges (nng) |
| 92/09/11 | 30 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by pltf. James Mahoney (James Mahoney v. Eli Lilly & Co., et al., N.D. Ill., C.A. No. 92-C-3573) -- w/cert. of svc. (bas) |

JPML FORM 1A

*p. 11*

### DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 907 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/09/21 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- **(C-55)** Rhonda Jean McClinton, et al. v. Eli Lilly & Co., et al., W.D. Texas, C.A. No. 7:92-CV-119 -- Notified involved counsel and judges (dld) |
| 92/09/21 | 31 | NOTICE OF OPPOSITION -- filed by deft. Eli Lilly & Co. in **(C-53)** Margaret Ann Fultz v. Eli Lilly & Co., E.D. Tenn., C.A. No. 2:92-146 -- Notified involved counsel and judges (bas) |
| 92/09/22 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- **(C-52)** Mallory Wheeless Joiner, etc. v. Eli Lilly & Co., N.D. Geor., C.A. No. 1:92-CV-1806) -- Notified invovled judges and clerks (bas) |
| 2/09/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-54 Mitchell Mignola v. Eli Lilly & Company, N.D. California, C.A. No. 3:92-CV-3070 -- Notified involved judges and clerks (nng) |
| 92/10/01 | 32 | RESPONSE -- (re: pldg. #30) filed by defts. Eli Lilly & Co., et al. in James Mahoney v. Eli Lilly & Co., et al., N.D. Ill., C.A. No. 92-C-3573 -- w/cert. of svc. (bas) |
| 92/10/07 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- **(C-55)** McClinton, et al. v. Eli Lilly & Co., et al., W.D. Texas, C.A. No. 7:92-CV-119 -- Notified involved judges and clerks (lg) |
| 92/10/07 | 33 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by Deft. Eli Lilly & Co. in **(C-53)** Margaret Ann Fultz v. ~~Eli Lilly & Co.~~ ~~Ronald S. Smith, et al~~ w/cert. of svc. (lg) |
| ~~92/10/07~~ | | ~~CONDITIONAL TRANSFER ORDER FINAL TODAY -- (C-55) McClinton, et al. v. Eli Lilly & Co., et al., W.D. Texas, C.A. No. 7:92-CV-119 -- Notified involved judges and clerks (lg).~~ |
| 92/10/23 | | HEARING ORDER -- Setting oppositions of deft. Eli Lilly & Co. in **C-53 Fultz** and pltf. **C-50 Mahoney** to transfer for Panel Hearing in Jacksonville, Florida on November 20, 1992 -- Notified involved judges, clerks and counsel (bas) |

JPML FORM 1A

P.12

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 907 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/10/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-56) Mary M. Zappas Berdes, et al. v. Dista Products Company, W.D. Pennsylvania, C. A. No. No. 2:92-CV-1908 - Notified Involved judges and counsel (nng) |
| 92/11/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-57) Maria Del Rocio Sierra-Honigmann v. Eli Lilly & Co., et al., D. Maryland, C.A. No. 1:92-CV-1531 - Notified involved counsel and judges (dld) |
| 92/11/13 | | ORDER VACATING CONDITIONAL TRANSFER ORDER AND NOVEMBER 20, 1992 HEARING -- (C-53) Margaret Ann Fultz v. Dr. Ronald S. Smith, et al., E.D. Tenn., C.A. No. 2:92-146 -- Notified involved counsel, judges and clerks (bas) |
| 92/11/16 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (C-56) Mary M. Zappas Berdes, et al. v. Dista Products Co., W.D. Penn., C.A. No. 2:92-CV-1908 -- Notified involved judges and clerks (lg) |
| 92/11/17 | | WAIVERS OF ORAL ARGUMENT -- (for Panel Hearing on 11/20/92 in Jacksonville, Florida) -- James Mahoney; Margaret Fultz; Eli Lilly and Co. (bas) |
| 92/11/20 | 34 | PRAECIPE FOR DISCONTINUANCE -- (C-56) Mary M. Zappas Berdes, et al. v. Dista Products Co., W.D. Penn., C.A. No. 2:92-1908 -- Signed by plaintiffs' counsel (Janice Griffin O'Reilly) and filed in W.D. Penn. 10/29/92 (bas) |
| 92/11/20 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- (C-56) Mary M. Zappas Berdes, et al. v. Dista Products Co., W.D. Penn., C.A. No. 2:92-1908 -- Notified involved counsel, judges and clerks (bas) |
| 92/11/24 | | TRANSFER ORDER FILED TODAY -- (C-50) James Mahoney v. Eli Lilly & Co., et al., N.D. Ill., C.A. No. 1:92-3573 -- Notified involved counsel, judges, clerks and panel judges (bas) |

JPML FORM 1A                                                        *P13*.

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ --  _____

| Date | Pof. | Pleading Description |
|------|------|----------------------|
| 92/11/25 | | CONDITIONAL TRANSFER ORDERS FILED TODAY --(C-58) Billie L. Reed, et al. v. Eli Lilly & Co., D. Idaho, C.A. No. 1:92-CV-443 (C-59) Robert O. Klein v. The Upjohn Co., et al., E.D. Louisiana, C.A. No. 2:92-CV-3694 - Notified involved counsel and judges (dld) |
| 92/11/27 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-57 Maria Del Rocio Sierra-Hanigmann v. Eli Lilly & Co., et al., D. Maryland, C.A. No. 1:92-CV-1531 -- Notified involved clerks and judges. (ds) |
| 92/12/11 | 35 | ORDER -- Filed in L.A.E., filed by Judge Arceneaux dismissing Robert O. Klein v. The Upjohn Co., et al., E.D. Louisianna, C. A. No. 2:92-CV-3694 (nng) |
| 92/12/11 | 36 | ORDER VACATING CONDITIONAL TRANSFER ORDER (C-59) Robert O.Klein v. The Upjohn Co., Et al., E.D. Louisiana, C.A. No. 2:92-CV-3694 - Notified involved counsel, judges and clerks (nng) |
| 92/12/11 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (C-58) Billie L. Ree, et al. v. Eli Lilly & Co., D. Idaho, C.A. No. 1:92-CV-443 -- Notified Involved clerks and judges (nng) |

JPML Form 1

Revised: 8/78

DOCKET NO. 907 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ELI LILLY & COMPANY PROZAC PRODUCTS LIABILITY LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| November 22, 1991 | | | | | | |
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | December 10, 1991 | TO | Unpublished | S.D. Indiana | Hon. S. Hugh Dillin | |

Jane A Thompson
FTS 331-5512

**Special Transferee Information**

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 907 -- In re Eli Lilly & Company Prozac Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Joan Lucille Rosenbloom Greer, etc. v. Eli Lilly & Co., et al. | D.D.C. | 91-07908 | 12-10-91 | 91-1371 | | |
| A-2 | Christine L. Carter v. Eli Lilly & Co., et al. | D.N.J. Bissell | 91-1005 (JWB) | 12-10-91 | 91-1360 | | |
| A-3 | John J. Gutowski, etc. v. Eli Lilly & Co., et al. | N.J. Bissell | 91-1594 (JWB) | 12-10-91 | 91-1361 | | |
| A-4 | Jonathan D. Schancupp v. Eli Lilly & Co., et al. | N.J. Sarokin | 91-1188 (HLS) | | | | state court Act of Rem unde |
| A-5 | Deborah D. Ackley, etc. v. Eli Lilly & Co., et al. | N.Y.,N. | 91-CV-0164 | 12-10-91 | 91-1362 | | |
| A-6 | Linda M. Ditrich, etc. v. Eli Lilly & Co., et al. | Pa.,E. Robert | 91-CV-4081 | 12-10-91 | 91-1363 | | |
| A-7 | LeAnne Westover, etc. v. Eli Lilly & Co., et al. | Cal.,C. Idemann | 91-2078 JMI (JRx) | 12-10-91 | 91-1364 | | |
| A-8 | Howard Brotman v. Eli Lilly & Co., et al. | Cal.,C. Idemann | CV-91-3009 JMI(JRx) | 12-10-91 | 91-1365 | | |
| A-9 | Debra L. Cohen, etc. v. Eli Lilly & Co., et al. | Cal.,C. Davies | 91-3750 JGD (Tx) | 12-10-91 | 91-1366 | | |

JBML FORM 1 -- Continuation

DOCKET NO. 907 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 ✓ | Susan Harman, et al. v. Eli Lilly & Co., et al. | Cal.,E. Garcia | CIV-S-9?-733 EJG PAN | 12-16-91 | 91-1367 | | |
| A-11 ✓ | Nedra Walnum v. Eli Lilly & Co., et al. | Cal.,S. Thompson | 91-1294 GT(P) | 12-16-91 | 91-1368 | | |
| A-12 ✓ | Carolyn G. Winkler, etc. v. Eli Lilly & Co., etc. | Tex.,W. | SA-91-CA-0705 | 12-16-91 | 91-1369 | | |
| A-13 ✓ | Ralph Langer, et al. v. Dista Products Co., ~~etc.~~, et al. | Ill.,N. | 90-C-4598 | 12-16-91 | 91-1370 | | |
| XYZ-14 ✓ | Michael R. Simon v. Dista Products Co., et al. | Ind., S. | 91-1069C | | | | |
| XYZ-15 ✓ | Heather Ollin, et al. v. Dista Products Co., et al. | Ind., S. | 91-1071C | | | | |
| XYZ-16 ✓ | Author Lucas, III v. Dista Products Co., et al. | Ind.,S. | 91-1070C | | | | |
| B-17 ✓ | Billie J. Parker v. Dista Products Co., etc. 12-16-91 | Ark.,W. Waters | 91-CV-2115 | 01/02/92 | 92-9 | | |
| B-18 ✓ | Raymond D. Spindler, etc. v. Eli Lilly & Co., Inc. 12-16-91 | Ga.,N. Camp | 91-CV-2162 | 01/02/92 | 92-10 | | |
| B-19 ✓ | Donald H. Evans, Jr., et al. v. Eli Lilly & Co., et al. 12-16-91 | Ga.,N. Vining | 91-CV-2653 | 01/02/92 | 92-11 | | |
| B-20 ✓ | Olga Echeverry, etc. v. Eli Lilly & Co., et al. 12-16-91 | N.J. Debevoise | 91-CV-3277 | 01/02/92 | 92-12 | | |
| B-21 ✓ | Eleanor Gallagher v. Eli Lilly & Co., et al. 12-16-91 | N.J. Politan | 91-CV-4451 | 01/02/92 | 92-13 | | |

DOCKET NO. 907 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-22 | Donna Smart v. Eli Lilly & Co. 12-16-91 | Tex., N. Fitzwater | 91-CV-1590 | 01/02/92 | 92-14 | | |
| B-23 | John Sweeney v. Eli Lilly & Co., et al. 1/9/92 | Penn., E. Bechtle | 91-CV-6269 | 1/27/92 | | | |
| B-24 | William Patrick Richardson v. Eli Lilly & Company 1/9/92 | Ga., N. Murphy | 91-CV-216 | 1/27/92 | | | |
| B-25 | James Cummins, et al. v. Eli Lilly & Co., et al. 1/9/92 | Tex., N. Sanders | 91-CV-2233 | 1/27/92 | | | |
| B-26 | Valerie Taylor v. Eli Lilly & Co., et al. 1/9/92 | Ala., N. Lynne | 91-CV-1440 | 1/27/92 | | | |
| B-27 | Gloria Thompson, et al. v. Eli Lilly & Co. 1/9/92 | Penn., E. Hutton | 91-CV-3087 | 1/27/92 | | | |
| B-28 | Vicki Kent v. Eli Lilly & Co., et al. 1/15/92 | Cal., C. Ideman | 91-6154 JSL (Kx) | 1/31/92 | | | |
| B-29 | William Lloyd v. Eli Lilly & Co. 1/15/92 | Ill., N. Zagel | 91-CV-6159 | 1/31/92 | | | |
| B-30 | Duane Scott Coursey v. Eli Lilly & Co., et al. 1/15/92 opposed 1/29/92 | Ore., Jones | 90-CV-6468 | 4/6/92 | | | |
| B-31 | Reny Hasbourne v. Eli Lilly & Co. 1/15/92 | N.Y., S. Stanton | 91-CV-5416 | 1/31/92 | | | |
| C-32 | Diane Richards v. Eli Lilly & Co., et al. 2/24/92 | Cal., C. Ideman | 91-5267 JMI (GHKx) | 3/11/92 | 92-312C | | |
| C-33 | Richard N. Engstrum v. Eli Lilly & Co. et al. 2/24/92 opposed 3/10/92 | Cal., C. Wilson | 92-0460 SVW (Tx) | 4/1/92 | | | |
| C-34 | Sally Barrett, et al. v. Eli Lilly & Co. et al. 2/24/92 | Cal., S. Brewster | 91-CV-1802 | 3/11/92 | 92-313C | | |
| C-35 | Rosemary Thompson, et al. v. Eli Lilly & Co. 2/24/92 | Tex., N. Fish | 91-CV-2386 | 3/11/92 | 92-314C | | |
| C-36 | Anne Street Skipper, et al. v. Eli Lilly & Co., et al. 2/24/92 | Tex., N. Belew, Jr. | 91-CV-101 | 3/11/92 | 92-315C | | |
| C-37 | Lillian C. Ramey v. Eli Lilly & Co., et al. 2/24/92 opposed 3/10/92 | Tex., E. Fisher | 91-CV-890 | 6/3/92 | 92-782C | | |

DOCKET NO. 907 -- In re Eli Lilly & Company Prozac Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ✓C-38 | Jody R. Longos, etc. v. Dista Products Company, et al. 2/27/92 opposed 3/13/92 | Ill.,N. Shadur | 92-CV-701 | 4/3/92 | | | |
| ✓C-39 | Lois Henderson Christie, et al. v. Eli Lilly & Company, et al. 2/27/92 | Tex.,W. Prado | 91-CV-1036 | 3-16-92 | 92-325 C | | |
| ✓C-40 | Gloria Polack, et al. v. Eli Lilly & Company, et al. 03-26-92  4/13/92 | Cal.,C. Hupp | 92-1422 HLH(Sx) | 4/13/92 | | | |
| ✓C-41 | Jerry Lee Bailey v. Eli Lilly and Company 4/22/92 opposed 5-6-92 Edgar | Tenn.,E. | CIV-1-92-89 | 5/19/92 | | | |
| ✓C-42 | Terry S. Boyce, etc. v. Eli Lilly & Co., et al 5-11-92 | D.NJ Lifland | 92-CIV-1472 | 5-27-92 | | | |
| ✓C-43 | Catherine Churchill, et al v. Dista Products Company, et al. 5-11-92 | S.D.Iowa Wolle | 91-CV-80262 | 5-27-92 | 5-29-92 | | |
| ✓C-44 | Sharon Garfolo v. Eli Lilly & Co., et al. 5-13-92 | Maryland Motz | 92-CV-767 | 5-29-92 | | | |
| ✓C-45 | Anne Warner Graham, etc. v. Eli Lilly & Company 6-11-92 | Ga.,N. Evans | 1:92-CV-1022 | 6/29/92 | | | |
| ✓C-46 | Karen Bryan, et al. v. Eli Lilly & Company, et al. 6-17-92 | Tex.,N. McBryde | 4:92-CV-244 | 7-6-92 | | | |

July 1992   3 KYZ / 42 Tr / 45 Pending

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ✓C-47 | Ross P. Lee, et al. v. Eli Lilly & Company, et al. 8/15/92 | Ariz. McNamee | 2:92-CV-1007 | 8/31/92 | IP92:1216-C | (7/28/93) | |
| — C-48 | Donna J. Hudson v. Eli Lilly & Company, et al. 8/15/92 | Ariz. Strand | 2:92-CV-1107 | vacated 8-26-92 | | dismissed 8/12/92 | |
| ✓C-49 | Doris C. Petersen v. Eli Lilly & Company, et al. etc. 8/15/92 | N.C., W. Potter | 3:92-CV-264 | 8/31/92 | | | |
| ✓C-50 | James Mahoney v. Eli Lilly & Company, et al. opposed 8-27-92   8/15/92 | Ill., N. Alesia | 1:92-CV-3573 | 11/24/92 | | | |

DOCKET NO. 901 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-51 | Jennifer Hammerli, etc. v. Eli Lilly & Company, et al. 8/15/92 | Ill., N. Marovich | 1:92-CV-2279 | VACATED 8/28/92 dismissed | | | sent notice 9-1-92 |
| C-52 | Mallory Wheeless Joiner, etc. v. Eli Lilly & Company 9-4-92 Eli Lilly & Co. | Ga., N. Camp | 1:92-CV-1806 | 9/22/92 | | | |
| C-53 | Margaret Ann Fultz v. Dr. Ronald S. Smith, et al. 9-4-92 opposed 9/21/92 | Tenn, E. Hull | 2-92-146 - | | | vacated 11/13/92 | |
| C-54 | Mitchell Mignola v. Eli Lilly & Co. 9-11-92 | Cal., N. Schnacke | 3:92-CV-3070 | 9/28/92 | | | |
| C-55 | Rhonda Jean McClinton, et al. v. Eli Lilly & Co., et al. Sept 92 Str/so pending | TX., W Bunton | 7:92-CV-119 | 10/7/92 | | | |
| C-56 | Mary M. Zappas Berdes, et al. v. Dista Products Co. 10-29-92 | Penn., W Lee | 2:92-CV-1908 | 11-16-92 | - - - | vacated 11/20/92 | |
| C-57 | Maria Del Rocio Sierra-Honigmann v. Eli Lilly & Co., et al. 11-10-92 | Maryland Smalkin | 1:92-CV-1531 | 11/27/92 | | | |
| C-58 | Billie L. Reed, et al. v. Eli Lilly & Co. 11/25/92 | Idaho Lodge | 1:92-CV-443 | 12-11-92 | | | |
| C-59 | Robert O. Klein v. The Upjohn Company, et al. 11/25/92 | LA., E Arceneaux | 2:92-CV-3654 | - | | vacated 12/7/12 | |
| C-60 | Barbara Diggs, etc. v. Eli Lilly & Co., et al. 1-7-93 | N. Ill. Leinenweber | 1:92-cv-7696 | 1-25-93 | | | |

DOCKET NO. 907 -- In re Eli Lilly & Company Prozac Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-61 | Karen Spiegel v. Eli Lilly & Company  1-7-93 | S., N.Y. Stanton | 1:92-cv-116 | 1-25-93 | | | |

JPML FORM 3

p. _1_

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _907_ --   In re Eli Lilly & Company Prozac Products Liaiblity Litigation

| Name of Party | C-60, C-61 |
|---|---|
| Eli Lilly & Company<br>C-60 | |
| Dista Products Company | A-1, A-2, A-3, A-4, A-5, A-7, A-8, A-9, A-10, A-11,<br>A-13, B-17, B-19, B-20, B-21, B-23, B-25, B-26, B-28<br>C-32, C-33, C-34, C-36, C-37, C-38, C-39, C-40, C-43, C-42,<br>C-46, C-47, C-48, C-49, C-52, C-53, C-56, C-57, C-60 |
| Rite Aid | A-2 |
| Walgreen Company | A-3 |
| Barry's Montville Pharmacy | A-4 |
| Eli Lilly Industries, Inc. | A-6 |
| Craig Westover | A-7 |
| Kimberly Wilkerson | A-7 |
| Jody Potts | A-7 |
| Saul Helfing | B-30 |
| C. Marshall Bradshaw, MD. | C-36<br>No longer involved |

p. 2

| | |
|---|---|
| The Upjohn Company | C-37, C-51 C-59 |
| Giant Food, Inc. | C-44 |
| Osco Drug Inc. | C-47 |
| Michael Denson, M.D. | C-50 |
| Robert Schor | C-50 |
| Dickey Kay | C-51 |
| Richard Czechowicz, Ph.D. | C-51 |
| Dr. Ronald S. Smith | (no longer involved — order of dismissal 8/4/92) |
| Rhonda Jean McClinton | C-55 |
| Carolyn Vickers | C-55 |
| Billie L. Reed | C-58 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____  -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Robert O. Klein | C-59 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |